## FIDELITY TRUST CO. v. McCOACH.

(District Court, E. D. Pennsylvania. July 14, 1914.)

No. 2444.

Action by the Fidelity Trust Company against William McCoach, late Collector of Internal Revenue for the First District of Pennsylvania. On rule for judgment for want of a sufficient affidavit of defense. Judgment for defendant.

James Wilson Bayard and John G. Johnson, both of Philadelphia, Pa., for plaintiff.

Edwin S. Kremp, Asst. U. S. Atty., of Reading, Pa., and Francis Fisher Kane, U. S. Atty., of Philadelphia, Pa., for defendant.

DICKINSON, District Judge. This case was argued with the case of Northern Trust Co. v. Same Defendant, 215 Fed. 991, along with several other cases, all involving the same question.

For the reasons stated in the opinion filed in the Northern Trust Company Case, the rule for judgment in the above case is discharged.